IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERSKINE D. SALTER,              :

    Petitioner,             :
                                      CRIMINAL NO. 09-00024-WS-M
vs.                             :    CIVIL NO. 10-00458-WS-M

UNITED STATES OF AMERICA,       :

    Respondent.            :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Docs. 34, 41) be DENIED, and that this action be DISMISSED in favor of Respondent, the United States of America, and against Petitioner, Erskine D. Salter.

DONE this 29th day of September, 2011.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE